**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA US INC., and POWERTRUNK, INC.<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00176<br><br>Hon. Mary M. Rowland |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry dated February 10, 2026, the Parties respectfully submit this Joint Status Report. (Dkt. 195).

On August 8, 2024, the Court entered a Minute Entry staying discovery and denied Motorola's motion to dismiss without prejudice, directing Motorola to refile "after the criminal proceedings." (Dkt. 176). On February 10, 2026, after multiple joint status reports have been filed in the interim, the Court "continue[d] the stay" of discovery in light of Hytera's continued sentencing date of March 5, 2026. (Dkt. 195). After several months of proceedings, including multiple days of testimony, the Honorable John J. Tharp, Jr. entered Judgment as to Hytera on March 9, 2026. *See* Judgment (Sentencing Order), *United States v. Hytera Commc'ns Corp. Ltd.*, No. 1:20-cr-00688 (N.D. Ill. Mar. 19, 2026), ECF No. 438.

On March 19, 2026, Motorola filed a Petition for a Writ of Mandamus as to Hytera in the United States Court of Appeals for the Seventh Circuit. *See* Notice of Filing of Petition for Writ, *Hytera Commc'ns Corp. Ltd.*, *supra*, ECF No. 438. That same day, Hytera filed a motion for extension of time to file Notice of Appeal. Extension to File Notice of Appeal, *Hytera Commc'ns*

1

*Corp. Ltd.*, *supra*, ECF No. 440. Briefing on the Writ of Mandamus will conclude by June 17, 2026. *In re Motorola Solutions, Inc.*, No. 26-1541, ECF No. 9 (7th Cir. Mar. 20, 2026) (order granting briefing schedule in mandamus proceeding).

Because certain issues in the criminal proceedings remain subject to Motorola's writ and a potential appeal by Hytera, and because the conditions that previously led the Court to continue the stay of discovery remain ongoing, the parties respectfully propose submitting a further status update on or before June 17, 2026. In the intervening months, the parties will assess the remaining issues in the criminal proceedings and provide their positions as to whether they would impact the instant antitrust case in the next status update.

Dated: March 26, 2026

/s/ Noah Brumfield
Noah Brumfield (*admitted pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3800
noah.brumfield@aoshearman.com

Suyash Agrawal
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, Illinois 60602
Telephone: (312) 283-1590
Facsimile: (312) 379-0467
sagrawal@masseygail.com

*Counsel for Plaintiffs*
*Hytera Communications Corporation Ltd.,*
*Hytera US Inc., and*
*PowerTrunk, Inc.*

Respectfully submitted,

/s/ James F. Herbison
James F. Herbison, #6275116
Michael P. Mayer, #6272677
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654
Tel: (312) 558-5600
JHerbiso@winston.com
MMayer@winston.com

*Counsel for Defendant*
*Motorola Solutions, Inc.*

2